UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **NOTICE OF APPEARANCE AND REQUEST** |
| ) | **FOR ELECTRONIC NOTIFICATION** |
| v. ) | |
| ) | **08-MJ-00597** |
| ) | |
| CAROL ROBOTHAM-GRANT ) | |

TO:   Clerk of Court
         United States District Court
         Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                                                            Respectfully submitted,

                                                            AVROM ROBIN
                                                            Attorney for the Defendant


                                                            By:  _____//s//_____
                                                                      Avrom Robin
                                                                      Attorney for the Defendant
                                                                      (212)683-8000
                                                                      avrom@mindspring.com

TO: Counsel by (ECF)